UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED**

MAR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In re | ) Case No. |
| Lonnie Glenn Schmidt, | ) |
| | ) PETITION FOR WRIT OF |
| Petitioner, | ) HABEAS CORPUS *Ad Subjiciendum* |
| vs. | |
| Dan Joslin, Warden | CASE NUMBER  1:06CV00484 |
| FDC Seagoville | JUDGE: Ellen Segal Huvelle |
| Respondent. | DECK TYPE: Habeas Corpus/2255 |
| | DATE STAMP: 03/14/2006 |

## PETITION FOR WRIT OF HABEAS CORPUS

Lonnie Glenn Schmidt, inhabitant of California, applicant herein (hereafter Petitioner), hereby applies to this Court for a writ of habeas corpus *ad subjiciendum* in the course of the common law as guaranteed pursuant to Article I, § 9, of the Constitution of the United States, and would show the Court that Petitioner is illegally restrained of his liberty by Dan Joslin, Warden of Seagoville Federal Detention Center, Seagoville, Texas at 2113 North Hwy 175, Seagoville, TX 75159, the nature of such illegal restraint being arrest without warrant in another district for trial in a different district; alleged failure to appear at a show cause hearing in Dallas, Texas, in a civil matter.

## JURISDICTION

This Court has jurisdiction to hear and grant this application and issue the writ of habeas corpus, admit to bail pending hearing and discharge Petitioner if restraint is found to be illegal — pursuant to 28 U.S.C. § 2241(a) (in as much as this court appears to be the only continental "district court", said term being defined in 28 U.S.C. § 451 as meaning those courts constituted

by chapter 5 of Title 28[1], and for reason of nationwide application of § 2241[2] and 28 U.S.C. §

2241(c)(1), (2) and (3)

> "(c) The writ of habeas corpus shall not extend to a prisoner **unless**
> - - (1) He is in custody under or by color of the authority of the
> United States..." (2) ...an order, process, judgment or decree of a
> court or judge of the United States. (3) He is in custody in
> violation of the Constitution or laws or treaties of the United
> States."

Articles I § 11 and VI § 10 of the 1879 California Constitution as Amended in 1994; Article I, §

9, Cl. 2 of the Constitution of the United States; Article VIII of the Universal Declaration of

Human Rights, U.N. Res. 217 A(III) of December 10, 1948; The International Covenant on Civil

and Political Rights, U.N. Res. 2200 A (XXI) of December 16, 1966 and Ratification of the

Covenant by the United States Senate on April 2, 1992, and signed by President George Bush on

June 1, 1992; and, citing California Penal Code (CPC) §§ 1473(a) and (d) [without prejudice] —

when violations of Petitioner's 4th Amendment to the Constitution of the United States rights and

guarantees of due process under the 5th Amendment are violated, i.e., **arrest without warrant in**

**the absence of probable cause, absent reading of rights and being held without bail, absent**

**arraignment transported across state lines, imprisoned and denied hearing**, are alleged.

Petitioner declares as follows:

1. I am presently restrained of my liberty absent a warrant, complaint, claim or valid

process issuing from a Court of competent jurisdiction, in violation of my rights as guaranteed by

---

[1] Whether or not name change from District Court of the United States to United States District Court (USDC) in 1948 contemplates "constituted", this court is the only USDC competent upon which congress has expressly conferred Article III powers. United States District Court for the Northern District of Texas (USDC NDT) was constituted February 24, 1879 by 20 Stat. 318 (45th Congress) therefore not contemplated as being defined in § 451 as a "district court" constituted by chapter 5 of Title 28.

[2] O'Donoghue v U.S. 289 US 516, 77 L.Ed 1356, 53 S.Ct. 740.

the California Constitution, Texas Constitution, and the 4th, 5th and 6th Amendments to the Constitution of the United States; and

2. I was arrested, without a warrant, at approximately 12:40 PM, on Thursday, July 7th, 2005, at the home of my daughter 2737 Goshen Avenue, city of Clovis, county of Fresno, state of California, at gun point by approximately 25 United States Marshals, Clovis police and Fresno County sheriffs; and

3. I did peacefully surrender only after what appeared to be a valid search warrant (Affidavit and Order, attached hereto as Exhibit A) was put to the front window and others in the home read it and saw that is was signed by a Federal Magistrate Judge in the Eastern District of California Fresno Division; and

4. I was taken in handcuffs to Fresno County Jail and booked in without my rights being read to me and without an arrest warrant being served on me, even after demanding such to be produced; and

5. I made repeated demands to the arresting persons and to my custodians for production of a warrant, only to be told, "you are just a prisoner, we don't know why you are here", and no warrant for my arrest has been produced to me or is in evidence, in violation of my rights as guaranteed by the California Constitution and the 4th Amendment to the Constitution of the United States; and

6. I immediately made repeated demands to the arresting persons and made demands to my custodians to be brought into the presence of a judge, only finding out from a phone call to my family that I had a hearing scheduled for Friday, July 8, 2005 at 11:00 a.m.; and

7. On July 8, 2005, I was taken before Magistrate Judge Dennis Beck who in turn holds me over for an identity hearing on Wednesday, July 13, 2005; and

8. I am not a party to any proceeding in the U.S. District Court in Dallas, Texas, and have not been physically present for an appearance in said court, at any time therefore; and

9. It is my understanding that federal law provides that a person may not be arrested in one judicial district for trial in another judicial district for a civil matter, per 28 U.S.C. § 1693; and

10. California law provides that any arrests made in California conform to procedure as set forth in the California penal code and California constitution which include but are not limited to:

Pursuant to California Penal Code 835 an arrest is "made by an actual restraint of the person, or by submission to the custody of an officer". Petitioner was restrained of his liberty and placed in the custody of the Fresno County Sheriff's Department.

Pursuant to California Penal Code 841 - "The person making the arrest must inform the person to be arrested of the intention to arrest him, of the **cause** of the arrest, and the authority to make it,..." (Bold emphasis added.) Petitioner is not so informed.

Pursuant to California Penal Code 842 - "An arrest by a peace officer acting under a warrant is lawful even though the officer does not have the warrant in his possession at the time of the arrest, but **if the person arrested so requests it**, the warrant shall be shown to him as soon as practicable." (Bold emphasis added.) Petitioner immediately demanded, at time of arrest, production of an arrest warrant and continued to make demand. As of this date no arrest warrant or any other documents sufficient to extend jurisdiction of the Texas court into California been produced.

Pursuant to California Penal Code 849(a) - "When an arrest is made without a warrant by a peace officer or private person, the person arrested, if not otherwise released, shall, without

unnecessary delay, **be taken before the nearest or most accessible magistrate in the county** in which the offense is triable, and a complaint stating the charge against the arrested person shall be laid before such magistrate." (Bold emphasis added.) At time of arrest, Petitioner demanded to be taken before a judge however was told it would be the next day. Petitioner was not taken before a judge in a state court even though Petitioner was being held by Fresno County Sheriff Department.

Pursuant to California Penal Code 825(a)(1) - "Except as provided in paragraph (2), the defendant shall in all cases be taken before the magistrate without unnecessary delay, and, in any event, within 48 hours after his or her arrest, excluding Sundays and holidays. Petitioner, arrested at 12:40 PM, Thursday, July 7, 2005 must be arraigned by Monday, July 11, 2005; and

11. The United States Marshals, Clovis police and Fresno County sheriff's officers relied on a faxed copy of an order from a judge in Texas in a civil case, which lacked a seal of the court or a signature of the clerk, to effect the arrest of my person in California absent an arrest warrant in violation of my due process rights guaranteed under the California Constitution and the 4th, 5th and 6th Amendments to the Constitution of the United States; and

12. At no time before, during or after my arrest have I been informed of my rights (mirandized), been presented with a copy of an arrest warrant or have been arraigned, in violation of my due process rights guaranteed under the California Constitution and the 4th, 5th and 6th Amendments to the Constitution of the United States ; and

13. I have been continuously held without bail in violation of my due process rights guaranteed under the California Constitutions and the 4th, 5th and 6th Amendments to the Constitution of the United States ; and

14. Petitioner does not waive any rights including those protected under the laws of the United States, the state of California and the state of Texas including but not limited to, lawful arrest, being informed of my "Miranda" rights, timely formal arraignment, reasonable bail, extradition hearing before being transported out of the state of California, etc.; and

Again, petitioner is not a defendant nor a party to any civil or criminal action nor has Petitioner been accused of or charged with the violation of any law of the United States nor has any decree or injunction to enforce the laws of the United States issued to or against petitioner.

Petitioner was taken before Federal Magistrate Judge O'Neill on July 13, 2005 for an identity hearing. At the hearing the judge demanded that the U.S. Attorney produce the arrest warrant and, after much prodding, was told that there was no arrest warrant, only an order from a judge in Texas in a civil matter. The judge then held the hearing over until the following day so that he could inquire of the court in Texas the identity of the person in the order and why Petitioner was being arrested. After receiving a fax from the court in Texas the judge determined that petitioner was the same person sought in the order from Texas, and in spite of receiving information no arrest warrant existed, the judge ordered petitioner's immediate transfer to Texas, pursuant to Rule 40, Federal Rules of Criminal Procedure, attached hereto as Exhibit B.

Petitioner was then placed on a commercial airline and taken to Texas and booked into the Dallas county jail, absent an arrest warrant or any extradition proceedings. Petitioner was told that there was a hearing scheduled for Monday July 18, 2005. On Monday July 18, 2005 Petitioner was transported to the Dallas Federal court house for a hearing. Petitioner sat in a detention cell all day without a hearing only to be told that Judge Buchmeyer would be in trial all week and he would have to wait. Petitioner was then transported and booked into Seagoville Federal Detention Center without explanation and is currently incarcerated therein.

Petitioner has been arrested without a warrant, was not "mirandized" or arraigned, has been transported across state lines without extradition, been incarcerated in a Federal Detention Center in Texas and tried in a civil case to which Petitioner is not a party.

Petitioner seeks habeas relief from this illegal and unlawful incarceration.

WHEREFORE, Petitioner respectfully prays that your Honor issue a Writ of Habeas Corpus commanding the Warden of Seagoville Federal Detention Center, to have said Petitioner brought before your Honor at such time and place as you may designate, and that Dan Jolsin, Warden of Seagoville Federal Detention Center, be required to show cause why Petitioner is detained and should not be released forthwith, and that pending traverse and hearing, that Petitioner be released on his own recognizance.

Dated: March 13, 2006

*Lonnie Glenn Schmidt*
Lonnie Glenn Schmidt, Petitioner
03909097
Seagoville, FDC
P.O. Box 9000
Seagoville, TX 75159

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to and subscribed this 13th day of March, 2006.

*Lonnie Glenn Schmidt*
Lonnie Glenn Schmidt

## CERTIFICATE OF SERVICE

I, Denise V. Reese, do hereby declare under penalty of perjury, that I am a citizen of the

United States, over the age of 18 and not party to the action, and that I filed a true copy of the

above **PETITION FOR WRIT OF HABEAS CORPUS**, by placing with Federal Express all

fees paid with the court listed below and to Dan Joslin, Warden of Seagoville Federal Detention

Center this the 13th day of March, 2006.

Clerk of the Court                                    **Federal Express No.: 8566 5190 8935**
U.S.D.C. for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001


Dan Joslin, Warden
FDC Seagoville
Federal Detention Center
Attn: Warehouse
2113 North Hwy 175
Seagoville, TX   75159



Executed this 13th day of March, 2006, at Rancho Cordova, California.



_Denise V. Reese_
Denise V. Reese

8

**AFFIDAVIT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**
of
Lonnie Glenn Schmidt

I, Lonnie Glenn Schmidt, Affiant herein, hereby depose and state the facts herein and attest that this Affidavit is true, correct and complete, to wit:

1.    That, I have personal knowledge of each of the facts stated herein; and

2.    That, I am of lawful age and am competent to make this Affidavit; and

3.    That, I am not a ward of, or under the guardianship of or conservatorship of another person or entity; and

4.    That, this Affidavit is made as a matter of public record, in my own sovereign right, in *sui juris* capacity; and

5.    That, I am a flesh-and-blood, natural born man, one of the People and a member of the sovereign class, "We the People"; and

6.    That, it is my information and belief that this first-class status enjoys the God-given, "unalienable rights" declared by the Declaration of Independence and guaranteed by the Constitution of the United States of America; and

7.    That, I am an inhabitant of the state of California, where I have occupied such status for the past sixty (60) years; and

8.    That, I am engaged in an occupation, (non-governmental), of common right in California, one of the 50 union states in America; and

9.    That, I do not now have a license to pursue certain occupations and corporate privileges; and

10.   That, I am NONE of the persons over whom the SECURITIES AND EXCHANGE COMMISSION, an agency provided by the Federal Securities Exchange Act, invested with

powers and duties in the administration and enforcement of the Federal Securities Exchange Act, has <u>jurisdictional authority</u>; and

11.    That I am not a party to any action out of the United States District Court, Northern Texas, Dallas Division; and

12.    That I have not been sued by those seeking to have my person brought to the United States District Court, Northern Texas, Dallas Division and specifically to the court room of Judge Jerry Buchmeyer; and

13.    That, JURISDICTION over me, a flesh-and-blood, natural born man and member of the sovereign class, "We the People", by the courts deriving statutory jurisdiction within "the state of the forum" has never been established on the record in the cause of action in the United States District Court, Northern Texas, Dallas Division; and

14.    That, I am NOT an officer, employee or elected official of the UNITED STATES or of the District of Columbia, or of an agency or instrumentality of the UNITED STATES or of the District of Columbia, or of a STATE, or of a municipality, NOR am I a seaman; and

15.    That, I have **never** been served, if one exists, an order finding Lonnie Glenn Schmidt in contempt of court; and

16.    That, I, Lonnie Glenn Schmidt, had prior to December 19, 2005 never been before the United States District Court, Northern Texas, Dallas Division and specifically Judge Jerry Buchmeyer in order for civil contempt to attach; and

17.    That, at approximately 6:30 AM on Thursday, July 7, 2005 several unknown persons came to the home of my daughter at 2737 Goshen Avenue, Clovis, California 93611 stating they were United States Marshals with an arrest warrant for Lonnie Schmidt and demanded entrance to said home; and

18.     That, my daughter demanded to see the arrest warrant which they claimed to have and they told her "No", but that they did have one; and

19.     That, my daughter told them she would not allow entrance to her home without a valid search warrant and told them as this was private property they needed to leave; and

20.     That, my daughter again demanded to see the warrant that he claimed to have and was then told it was not a warrant but an order from a judge in the state of Texas in a civil matter; and

21.     That, my daughter was told that there was no arrest warrant or search warrant, only an order from a judge in Texas in a civil case concerning failure to appear for a show cause hearing for civil contempt; and

22.     That, at approximately 12:30 PM the unknown persons returned with a search warrant signed by a federal magistrate judge from the Eastern District of California, Fresno Division and did hold this warrant up to the front window of the home so that my daughter could verify the contents prior to opening the door; and

23.     That, upon learning that it appeared to be a valid search warrant I did peacefully exit the home of my daughter; and

24.     That, upon exiting the home was met at **gun point** by approximately **twenty-five (25)** unknown persons which included Clovis police officers and Fresno County Sheriff officers; and

25.     That, an unknown person proceeded to make a "felony type" arrest of my person; and

26.     That, I did demand an arrest warrant for my person from these men however was given none; and

27.     That, after again demanding an arrest warrant be produced, a T. Ashton told me he would give me all the documents and explain everything in an hour; and

28.     That, I immediately demand to be taken before a judge but am told that it will be the next day and instead am immediately taken to the Fresno County Jail and booked in under number 0521915; and

29.     That, at no time during or after my arrest was I read my rights nor have I received a copy of the alleged arrest warrant; and

30.     That, I am presently unlawfully restrained of my liberty absent a warrant, complaint, claim or valid process issuing from a Court of competent jurisdiction, in violation of my rights as guaranteed by the California Constitution and the 4th, 5th and 6th Amendments to the Constitution of the United States; and

31.     That, I have been continually deprived of my liberty without the benefit of bail since 12:40 PM July 7, 2005; and

32.     That, I was taken on July 8, 2005 for purpose of an Identity Hearing, subsequently ordered transferred to Dallas, Texas pursuant to Order dated January 23, 2003; and

33.     That, I was brought before Judge Jerry Buchmeyer on December 19, 2005, not allowed to speak in my defense or present evidence and remanded to custody of the U.S. Marshals.

34.     Further, this Affiant sayeth naught.

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to and subscribed this 13th day of March, 2006.

*Lonnie S Schmidt*

Lonnie Glenn Schmidt, Affiant

01/31/06  02    P    P.001

JUL-13-2005 WED 09:30 AM CHAMBERS OF JUDGE ONEILL    FAX NO. 559 499 7289    P. 05

AO 93 (Rev. 5/85)  Search Warrant

# United States District Court

| EASTERN | DISTRICT OF | CALIFORNIA |

In the Matter of the Search of

(Name, address or brief description of person or property to be search)

**2737 Goshen Ave.
Clovis, CA**

**SEARCH WARRANT**

CASE NUMBER:

1: 0 5 SW 0 0 1 8 6    DB

TO: <u>Timothy G. Ashton, Deputy U.S. Marshal</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Timothy G. Ashton, Deputy U.S. Marshal** who has reason to believe that ( ) on the person of or (X ) on the premises known as (name, description and/or location)

**Two-story brown stucco home - located on the northside of Goshen Ave.**

in the Eastern District of California there is now concealed a certain person or property, namely
(describe the person or property to be seized)

**Lonnie Glenn Schmidt - DOB: 11-17-44**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED TO SEARCH ON OR BEFORE    _July 17, 2005_
DATE

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search **IN THE DAYTIME - 6:00 A.M. - 10:00 P.M.** and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property  taken and prepare a written inventory of the person or property seized and promptly

| return this warrant to | Dennis L. Beck |
| as required by law. | U.S. Judge or Magistrate |

| July 7, 2005 | at | Fresno, CA |
| Date and Time Issued | | City and State |

| **U.S. Magistrate Judge** | |
| Name and Title of Judicial Officer | Signature of Judicial Officer |

**Exhibit A**

## RETURN

| Date Warrant Received | Date and Time Warrant Executed | Copy of Warrant and Receipt For Items Left With |
|---|---|---|
| | | |

Inventory Made in the Presence of

Inventory of Person or Property Taken Pursuant to the Warrant

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____

_____
    U.S. Judge or Magistrate                    Date

# FILED

JUL – 6 2005

EASTERN DISTRICT OF CALIFORNIA )
                                                      ) AFFIDAVIT
COUNTY OF FRESNO                           )

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7: 0 5 SW 0 0 1 9 6

I, Timothy G. ASHTON, Deputy United States Marshal/Criminal Investigator for the United States Marshals Service, being duly sworn, depose and state:

1. I have been a Deputy United States Marshal/Criminal Investigator for the United States States Marshals Service for approximately eight (8) years and have previously been a Special Agent with the Federal Protective Service for approximately four (4) years and a Federal Police Officer with the Federal Protective Service for approximately four (4) years. I have been involved investigating cases relative to fugitives from justice. I have received training at the Federal Law Enforcement Training Center, Glynco, Gerogia, in 1989, attending Federal Police Officers Basic Academy, 1993, attending Criminal Investigators Academy, an 1997, attending United States Marshals Basic Academy. With the training I have received along with actual work experience:

2. I request a search warrant to allow entry into premises in order to execute a civil warrant of arrest for contempt of court issued out of the Northern District of Texas by the Honorable Jerry BUCHMEYER. The premises to be entered and searched do not belong to the person named in the civil warrant for arrest.

3. Person sought in the civil warrant of arrest for contempt: Lonnie Glenn SCHMIDT.

4. See attachment of copy of warrant.

5. On or about July 5, 2005, CI/DUSM ASHTON received a collateral lead from CI/DUSM FONDA, Northern District of Texas stating that Donna Jo MARIA daughter of SCHMIDT is due to have a baby. SCHMIDT is a member of Viet Nam Veterans Helicopter Association.

and was due to attend a reunion in San Francisco, CA. SCHMIDT called the Association and
canceled due to his daughter having a baby. Information obtained through investigations lead the
U.S. Marshals Service to 2737 Goshen Ave., Clovis, CA residence of MARIA.

6. On or about July 7, 2005, CI/DUSM ASHTON and LAMBERT made contact at 2737 Goshen
Ave., Clovis, CA. Contact was made with Donna Jo MARIA. CI/DUSM ASHTON identified
himself as a U.S. Marshal and requested to speak to her father SCHMIDT. MARIA would not
open the door. CI/DUSM ASHTON explained to MARIA that U.S. Marshals were in possession
of a warrant for SCHMIDT for contempt of court. MARIA stated that the warrant was not valid
and she does not recognize the authority of the U.S. Marshals or the Court of Northern District of
Texas. Maria stated that she would only talk with the Sheriff's Department.

7. A silver Toyota Camry, California license plate number 5DUR122, was parked in front of the
residence. A check of the vehicle registration revealed that the vehicle is registered to Donald or
Debra MANZER at 5536 Lomas Street in Orangeville, California 95662. The vehicle has a Viet
Nam Helicopter Association sticker on the back passenger window. Two separate neighbors
residing across the street from 2737 Goshen Ave were interviewed early in the morning on July
7, 2005. These two people were shown photographs of SCHMIDT and asked whether they had
ever seen SCHMIDT. Both residents stated that they had seen SCHMIDT driving the silver
Toyota Camry (license plate 5DUR122) the previous evening (July 6, 2005), and that they saw
him park and exit the vehicle. They also indicated that SCHMIDT was heavy set and walked
slowly. The Fresno County Sheriffs Department made contact with MARIA on the phone (559)
322-4683. A Sheriff's Deputy questioned MARIA if SCHMIDT was in the residence. MARIA
would neither confirm nor deny that SCHMIDT was inside the residence. She asked who had
provided information that he was "here."

7. Based on the above information, I have probable cause to believe that SCHMIDT is located

within the residence of 2737 Goshen Ave., Clovis CA.


Timothy G. ASHTON
Deputy U.S. Marshal/Criminal Investigator
U.S. Marshals Service, Fresno Office


AUSA _____


SWORN TO AND SUBSCRIBED BEFORE
ME THIS DAY 7th of July 2005.


HONORABLE DENNIS BECK
U.S. MAGISTRATE JUDGE



### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 3:02-CV-0605-R |
| RESOURCE DEVELOPMENT INTERNATIONAL, LLC, DAVID EDWARDS, JAMES EDWARDS, JADE ASSET MANAGEMENT, LTD, SOUND FINANCIAL SERVICES, INC, INTERCOASTAL GROUP, LLC, INTERCOASTAL GROUP II, LLC, KEVIN LYNDS, GERALD I. STOCK, BLACKWOLF HOLDINGS, LLC and WILLIAM WHELAN, | § § § § § § § § § § § | |
| Defendants, | § § | |
| and | § § | |
| PACIFIC INTERNATIONAL LIMITED PARTNERSHIP, INTERNATIONAL EDUCATION RESEARCH CORPORATION, GALAXY ASSET MANAGEMENT, INC. and DAVID CLUFF, Individually and d/b/a RIVERA TRUST 410, | § § § § § § § | |
| Defendants Solely for Purposes of Equitable Relief. | § § | |



### ORDER FINDING LONNIE GLENN SCHMIDT IN CONTEMPT OF COURT AND DIRECTING THE UNITED STATES MARSHAL TO TAKE INTO CUSTODY AND DETAIN LONNIE GLENN SCHMIDT UNTIL FURTHER ORDER OF THIS COURT

The Court, having conducted a hearing on January 23, 2003 on the Motion to Hold Lonnie Glenn Schmidt in Civil Contempt For Failing to Comply With this Court's Order and For Show Cause Hearing filed by the Commission and the Receiver, the Court finds, upon

251

clear and convincing evidence, as follows:

1.      On March 25, 2002, this Court entered an Order Appointing Temporary Receiver ("Receivership Order") in which, among other things, the Court took exclusive jurisdiction and possession of all Receivership Assets, including the assets of the Relief Defendant International Education Research Corporation.

2.      The Receivership Order enjoined all persons "from in any way disturbing the Receivership Assets". *See Receivership Order at paragraph 5.* The Receivership Order also ordered all persons who receive actual notice of the Receivership Order to "promptly deliver to the Receiver all Receivership Assets" in their possession or control.

3.      By letter dated March 26, 2002, counsel for the Receiver provided Lonnie Glenn Schmidt with a true and correct copy of the Receivership Order and made demand upon Schmidt to comply with the Order and turn over to the Receiver any and all Receivership Assets in the possession or control of Schmidt.

4.      Through his investigation, the Receiver learned that beginning in November, 1999, International Education Research Corporation, a Relief Defendant whose assets are in receivership, transferred RDI investor funds of at least $282,405 to Schmidt. On August 7, 2002, the Receiver filed with this Court Petition Number 14, Receiver's Petition for Order Directing Lonnie Glenn Schmidt, Individually and doing business as Second Opinion Services, to Turn Over all Receivership Assets ("Petition 14"). A true and correct copy of Petition 14 was served upon Schmidt.

5.      On August 15, 2002, the Court entered an Order Re: Petition No. 14, directing Schmidt to turn over to the Receiver within ten (10) days the sum of $282,405, representing the monies Schmidt received from International Education Research Corporation. Schmidt was personally served with a certified copy of the Order Re: Petition No. 14 on November 5, 2002.

6.      To date, Schmidt has failed to comply with the Order Re: Petition No. 14,

7.    On November 19, 2002, the Securities and Exchange Commission and the Receiver Lawrence Warfield filed their Motion to Hold Lonnie Glenn Schmidt in Civil Contempt for Failure to Comply With This Court's Order and For Show Cause Hearing (the "Motion for Contempt"). On January 7, 2003, this Court entered an Order for Show Cause Hearing and ordered Schmidt to appear before this Court and show cause as to why he should not be held in civil contempt of court for failing to comply with this Court's Orders, as set forth herein. This Order was personally served on Schmidt on January 14, 2003.

8.    On January 23, 2003, this Court conducted a hearing to consider the Motion for Contempt against Schmidt. Schmidt failed to appear before the Court as ordered to show cause as to why he should not be held in contempt of court. The Court's Orders, as set forth herein, are clear, require specific conduct, and Schmidt has ignored such Orders.

9.    Schmidt is in contempt of this Court's orders for:

    a.    failing to appear before this Court on January 23, 2003, at 10:00 a.m., to show cause as to why he should not be held in contempt of court; and

    b.    failing to turn over to the Receiver the sum of $282,405 as required by the Order Re: Petition No. 14.

NOW, THEREFORE, IT IS ORDERED that Lonnie Glenn Schmidt shall be remanded into the custody of the United States Marshal and taken to the detainment facility located nearest to the Dallas Division of the United States District Court for the Northern District of Texas and there remain incarcerated until such time as he turns over to the Receiver the sum of $282,405 as required by the Order Re: Petition No. 14 or otherwise provides evidence of the

disposition of such funds and insufficient assets to comply with Order Re: Petition No. 14.


SIGNED this _23_ day of ___JAN.___, 2003.



JUDGE JERRY BUCHMEYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# COMMITMENT TO ANOTHER DISTRICT
### Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | FILED | **Eastern District of California** |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>vs<br><br>LONNIE GLENN SCHMIDT | 2005 JUL 14 P 1: 43<br><br>CLERK, US DIST COURT<br>EASTERN DIST OF CALIF<br>BY_____ | Docket Number<br><br>Magistrate Case Number<br><br>1:05-mj-00149 (3:02-CV-0605-R) |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT    ☐ INFORMATION    ☐ COMPLAINT    X OTHER (SPECIFY)
CONTEMPT ORDER

CHARGING A VIOLATION OF: <u>see above</u>  U.S.C. § SECTION

DISTRICT OF OFFENSE <u>NORTHERN DISTRICT OF TEXAS AT DALLAS</u>

DESCRIPTION OF CHARGES: CONTEMPT ORDER

CURRANT BOND STATUS: _ Bail fixed at _____ and conditions were not met

_ Government moved for detention and defendant detained after hearing in District of Arrest

_ Government moved for detention and defendant detained pending detention hearing in District of Offense

X  Other (specify) PER CONTEMPT ORDER DATED JANUARY 23, 2003 DOCUMENT 251 IN CASE 3:02-cv-0605-R

Representation: _ Retained Counsel _ Federal Defender _ CJA Attorney _ None  X - DEFENDANT REQUEST TO APPEAR AS PRO SE

Interpreter Required?  X  No    _ Yes    Language:

## TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named   defendant with a certified copy of this commitment forthwith   to the district of offense as specified above and there deliver   the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

July 14, 2005 _____

Date _____ United States Judge or Magistrate

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL . | (BY)_____<br>DEPUTY MARSHAL |



Exhibit B