UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LONNIE GLENN SCHMIDT,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-0484 (ESH) |
| ) | |
| **DAN JOSLIN, Warden,** ) | |
| **FDC Seagoville,** ) | |
| ) | |
| Respondent. ) | |

### TRANSFER ORDER

Petitioner is a prisoner at the Seagoville Federal Detention Center in Seagoville, Texas. He petitions for a writ of habeas corpus under 28 U.S.C. § 2241. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla*, 124 S. Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction, and therefore, this Court has no power to decide petitioner's claim or to issue a writ of *habeas corpus*. The Court, however, finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 16th day of March 2006,

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Northern District of Texas.

                                                                                               s/
                                                                       ELLEN SEGAL HUVELLE
                                                                       United States District Judge